FILED

MANATT, PHELPS & PHILLIPS, LLP
Jill M. Pietrini, Esq. (Bar No. CA 138335)
    jpietrini@manatt.com
Kimo Peluso (Pro Hac Vice pending)
    kpeluso@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

2009 OCT 22  PM 12: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

*Attorneys for Plaintiff*
SUMMIT ENTERTAINMENT, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

SUMMIT ENTERTAINMENT, LLC,
a Delaware limited liability company,

                    Plaintiff,

          v.

ZAZZLE.COM, INC., a California
corporation,

                    Defendant.

Case No.   CV09  07691 GW (JCx)

COMPLAINT FOR FALSE
DESIGNATION OF ORIGIN,
TRADEMARK INFRINGEMENT,
TRADEMARK DILUTION,
COPYRIGHT INFRINGEMENT,
AND UNFAIR COMPETITION

**(Demand For Jury Trial)**

Plaintiff Summit Entertainment, LLC ("Summit"), for its complaint against

defendant Zazzle.com, Inc. ("Zazzle" or "Defendant"), alleges as follows:

## JURISDICTION

1.      This action arises under the trademark and anti-dilution laws of the

United States, 15 U.S.C. § 1125, *et seq.*; the Copyright Act of 1976, as amended,

17 U.S.C. § 101, *et seq.*; and under the statutory and common law of unfair

competition. This Court has jurisdiction under 28 U.S.C. § 1331 because this

action arises under the laws of the United States; under 28 U.S.C. § 1338(a) and

(b), 15 U.S.C. § 1121, and 17 U.S.C. § 501 because this action arises under the

trademark and copyright laws of the United States; and under 28 U.S.C. § 1367

with respect to certain claims that form part of the same case and controversy as

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

COPY

1   those claims that are subject to this Court's jurisdiction.

2       2.      Venue is proper under 28 U.S.C. §§ 1391(b) and (c) in this case

3   because Summit resides in this District, and on information and belief, Defendant is

4   subject to personal jurisdiction in this District, and/or a substantial part of the

5   events or omissions giving rise to property that is the subject of the action is

6   situated in this District.

7                               **PARTIES**

8       3.      Summit is a Delaware limited liability company having its principal

9   place of business in Santa Monica, California.

10      4.      On information and belief, Zazzle is a California corporation having its

11  principal place of business in Redwood City, California.

12                               **FACTS**

13  **Summit's Business and the Twilight Series**

14      5.      Since 1991, Summit and its predecessors have been an active

15  participant in the motion picture industry.  Summit has produced and distributed

16  films and related entertainment products, and has also been involved in motion

17  picture financing, production, and distribution services.

18      6.      Summit has also been involved in licensing trademarks associated with

19  the motion pictures it produces and distributes for merchandise sales.

20      7.      Summit is the producer and distributor for the movies based on the

21  immensely popular series of vampire-romance novels by Stephenie Meyer,

22  *Twilight*, *New Moon*, *Eclipse* and *Breaking Dawn*.

23      8.      The first film, *Twilight*, was released in the United States on November

24  21, 2008, but was promoted for many months prior to its release.  The second

25  movie, *The Twilight Saga: New Moon*, is scheduled for release in the United States

26  on November 20, 2009.  The third movie, *The Twilight Saga: Eclipse*, is scheduled

27  for release in the United States on June 30, 2010.  The fourth movie in the series,

28  *The Twilight Saga: Breaking Dawn*, will likely be released in 2011.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

9.     The four films (the "Twilight Series") are about a teenage girl, Isabella ("Bella") Swan, who falls in love with a vampire, Edward Cullen.  Bella's other suitor in the films is Jacob Black, a werewolf.  Other notable characters in the Twilight Series include Dr. Carlisle Cullen, Edward's adopted father and leader of the Cullen coven of vampires; Esme Cullen, Dr. Carlisle's vampire wife; Alice and Emmett Cullen, Edward's adopted vampire siblings; Rosalie Hale, Emmet's vampire wife; Jasper Hale, Alice's husband; and Seth Clearwater, a werewolf.

10.     The Twilight Series enjoys a large base of enthusiastic fans. The first movie in the series, *Twilight*, was an enormous success, grossing more than $380 million at the box office worldwide.  Summit has expended significant resources producing and marketing the second motion picture, *The Twilight Saga: New Moon* and the series as a whole.

## Summit's Trademarks and Copyrights

11.     Summit is the owner of many copyright, trademark, merchandising, distribution, and other intellectual property rights in and to the Twilight Series motion pictures.  The Twilight Series intellectual property rights and, in particular, the merchandising rights, are extremely valuable.  Accordingly, any interference or infringement of those rights damages Summit and its relationship with its licensees.

12.     Summit owns the trademarks TWILIGHT, TWILIGHT (stylized) NEW MOON and several word marks related to the Twilight Series, including the marks TEAM CULLEN, TEAM EDWARD, TEAM JACOB and VOLTURI, and owns several pending federal trademark applications to register those marks for clothing, jewelry, accessories, stickers and numerous other products.

13.     Summit also owns several pending federal trademark applications for designs representing the Cullen family crest from the Twilight Series, with and without the word mark CULLEN, as depicted in the exemplar below:

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

Figure 1: Sample Cullen family crest



14.    Collectively, Summits trademarks related to the Twilight Series are referred to herein as the "TWILIGHT Marks."

15.    Summit has licensed the TWILIGHT Marks to third parties to sell on clothing and other products.  Summit began licensing the TWILIGHT Marks for the sale of merchandise since at least as early as June 2008, and its licensees continue to sell such products.

16.    Summit is the copyright owner of all publicity, promotional, unit, and special shoot photography and artwork created for the Twilight Series.  Each such resulting image or photograph therefrom is an original work of authorship and is a copyrightable subject matter under the laws of the United States (collectively, the "Images").

17.    Summit has licensed its Images to third parties to promote the Twilight Series, as well as merchandising products related to the Twilight Series and bearing the TWILIGHT Marks.

**Defendant Zazzle and Its Infringing Conduct**

18.    Zazzle operates a website at <www.zazzle.com> ("the Website"), which sells print-on-demand merchandise.  Namely, Zazzle offers an Internet-based service that allows individuals and businesses to create, buy and sell customized merchandise.  A Zazzle user can upload design images to print on merchandise for his own purchase or to set up an online "store," hosted by Zazzle, and sell the customized merchandise to other consumers.  Zazzle prints the user's image on the merchandise, ships the product to the user or his designated customer, and displays images of the available merchandise on the Website.

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

19.    Summit licenses the Twilight Marks and other intellectual property from the Twilight Series to numerous licensees, including for the sale of merchandise.  Zazzle's sale of merchandise related to the Twilight Series diverts potential business from Summit and its licensees.

20.    Zazzle does not have any license with Summit and has no authorization to use the trademarks, copyrights and other intellectual property rights associated with the Twilight Series, including the Twilight Marks.

21.    Since 2008, Zazzle has been marketing and selling literally tens of thousands of unauthorized merchandise utilizing copyrighted and trademarked elements of the Twilight Series, including phrases, images and character names, and trading on the goodwill of the Twilight Series (collectively, the "Infringing Products").  A recent search on the Zazzle website for the term "Twilight" displayed links to more than 19,000 products, and a search for the term "New Moon" displayed links to more than 47,000 products, the vast majority of which directly and in the context of the Zazzle website reference the Twilight Series and its characters.

22.    To name a few examples of this widespread infringement, a review of Zazzle's website on various days revealed the following Infringing Products available for purchase:

a.    Accessories depicting marketing artwork created by Summit for the motion picture *Twilight* and verbal references to the title of the film or its characters, such as the mouse pad shown below:

Figure 2
(Zazzle.com, Jan. 20, 2009)



b.    Posters and other paper products depicting marketing artwork created by Summit for the Twilight Series motion pictures, such as the "New Moon" poster below with the product description, "the official twilight new moon poster from movie starring Robert Pattinson and Kristen Stewart."

Figure 3
(Zazzle.com, Sept. 27, 2009)



c.    Thousands of hats, T-shirts and other apparel products displaying clear references to the Twilight Series, such as the phrases "Team Edward" or "Twilight Girl" as shown below.

Figure 4
(Zazzle.com Aug. 28, 2009)



Figure 5
(Zazzle.com, Oct. 1, 2009)



d.     Adhesive stickers, clothing and other products bearing the Cullen family crest, as shown below.

| Figure 6 (Zazzle.com, Oct. 1, 2009) | Figure 7 (Zazzle.com, Jan. 20, 2009) | Figure 8 (Zazzle.com, Jan. 20, 2009) |
|---|---|---|

  

1                e.      Posters and other products with photographs of characters

2 from the Twilight Series, including the "New Moon Car Poster" below, depicting

3 the title *New Moon*, with the product description, "Very nice looking poster you

4 won't find in stores right now. Maybe when the movie is over but, Let's just say it's

5 an inside look at it."

Figure 8
(Zazzle.com, Oct. 13, 2009)



23.    The above examples are but a small sample of the rampant

infringement of Summit's copyrights and trademark rights that occurs every day on

Zazzle's website, which offers for sale literally tens of thousands of Infringing

Products.

24.    Zazzle also tags, or allows users to tag, such products with the names

of titles and characters from the Twilight Series, or related phrases, including some

or all of the TWILIGHT Marks.  Such practice bolsters the Infringing Products'

association with the Twilight Series and causes such products to appear when a user

inputs such phrases into Zazzle's search function.

25.    Zazzle uses Summit's intellectual property rights in the Twilight

Series to advertise and market the Zazzle website, including paying for ad

placements on unofficial Twilight Series fan websites.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1    **Notice to Zazzle of Its Infringing Conduct**

2        26.    On or about November 10, 2008, Summit sent Zazzle a letter

3    demanding that Zazzle cease and desist its trademark and copyright infringement.

4    A true and correct copy of Summit's November 10, 2008 demand letter to Zazzle is

5    attached hereto as **Exhibit A**.

6        27.    Additionally, on or about August 13, 2009, Summit again wrote to

7    Zazzle demanding that Zazzle disable search functions for terms relating to the

8    Twilight Series, remove the Infringing Products from its website and otherwise

9    cease and desist from its infringing activity.  A true and correct copy of Summit's

10   August 13, 2009 demand letter to Zazzle is attached hereto as **Exhibit B**.

11       28.    Despite Summit's demands, Zazzle continues to advertise, market, and

12   offer for sale merchandise that infringes on Summit's rights in and to the Twilight

13   Series, continues to tag such merchandise with terms that include the TWILIGHT

14   Marks and, on information and belief, continues to advertise its products and

15   services using the TWILIGHT Marks.

16                         **FIRST CAUSE OF ACTION**

17               **(False Designation of Origin – 15 U.S.C. § 1125(a))**

18       29.    Summit repeats and realleges each and every allegation of paragraphs 1

19   through 28, above, as though fully set forth herein.

20       30.    Zazzle's actions as alleged herein constitute a false designation of

21   origin in violation of 15 U.S.C. § 1125(a).

22       31.    The use of Summit's TWILIGHT Marks by Zazzle constitute a false

23   designation of origin and a false description or representation that wrongfully and

24   falsely designates the Infringing Products as originating from Summit, or being

25   associated with or authorized by Summit.

26       32.    As a direct and proximate result of Zazzle's wrongful acts, Summit has

27   suffered and continues to suffer and/or is likely to suffer damage to its trademarks,

28   business reputation, and goodwill.  Zazzle will continue to use and/or will restart

1  the use of, unless restrained, the TWILIGHT Marks and will cause irreparable

2  damage to Summit.  Summit has no adequate remedy at law and is entitled to an

3  injunction restraining Zazzle, its officers, agents, and employees, and all persons

4  acting in concert with Zazzle, from engaging in further acts of false designation of

5  origin.

6        33.    Summit is further entitled to recover from Zazzle the actual damages

7  that it sustained and/or is likely to sustain as a result of Zazzle's wrongful acts.

8  Summit is presently unable to ascertain the full extent of the monetary damages that

9  it has suffered and/or is likely to sustain by reason of Zazzle's acts of false

10 designation of origin.

11       34.    Summit is further entitled to recover from Zazzle the gains, profits, and

12 advantages that Zazzle has obtained as a result of its wrongful acts.  Summit is

13 presently unable to ascertain the extent of the gains, profits, and advantages that

14 Zazzle has realized by reason of its acts of false designation of origin.

15       35.    Because of the willful nature of Zazzle's wrongful acts, Summit is

16 entitled to an award of treble damages and increased profits pursuant to 15 U.S.C.

17 § 1117 and destruction of the Infringing Products under 15 U.S.C. § 1118.

18       36.    Summit is also entitled to recover its attorneys' fees and costs of suit

19 pursuant to 15 U.S.C. § 1117.

20                        **SECOND CAUSE OF ACTION**

21                          **(Trademark Infringement)**

22       37.    Summit repeats and realleges each and every allegation of paragraphs

23 1 through 36, above, as though fully set forth herein.

24       38.    Summit has used the TWILIGHT Marks, including to identify its

25 products relating to the Twilight Series, before Zazzle began promoting and selling

26 the Infringing Products or otherwise used the TWILIGHT Marks.

27       39.    Zazzle has used in commerce, without Summit's permission, the

28 TWILIGHT MARKS in a manner that is likely to cause confusion with respect to

1  the source and origin of Zazzle's Infringing Products and is likely to cause

2  confusion or mistake and to deceive purchasers as to the affiliation, connection, or

3  association of Summit with Zazzle and/or its products.

4          40.    Zazzle's acts constitute infringement of the TWILIGHT Marks in

5  violation of the common law.

6          41.    As a direct and proximate result of Zazzle's wrongful acts, Summit has

7  suffered and continues to suffer and/or is likely to suffer damage to its trademark,

8  business reputation, and goodwill.  Zazzle will continue to use and/or will restart

9  the use of, unless restrained, the TWILIGHT Marks and will cause irreparable

10  damage to Summit.  Summit has no adequate remedy at law and is entitled to an

11  injunction restraining Zazzle, its officers, agents, and employees, and all persons

12  acting in concert with Zazzle, from engaging in further acts of infringement.

13          42.    Summit is further entitled to recover from Zazzle the actual damages

14  that it sustained and/or is likely to sustain as a result of Zazzle's wrongful acts.

15          43.    Summit is further entitled to recover from Zazzle the gains, profits, and

16  advantages that Zazzle has obtained as a result of its wrongful acts.

17          44.    Because of the willful nature of Zazzle's wrongful acts, Summit is

18  entitled to an award of punitive damages under the common law.

19                          **THIRD CAUSE OF ACTION**

20          **(Dilution--15 U.S.C.§ 1125(c); Cal. Bus. & Prof. Code § 14330)**

21          45.    Summit repeats and realleges each and every allegation of paragraphs 1

22  through 44, above, as though fully set forth herein.

23          46.    Summit has used the TWILIGHT Marks to identify its products

24  relating to the Twilight Series before Zazzle began promoting and selling the

25  Infringing Products or otherwise used the TWILIGHT Marks.  The TWILIGHT

26  Marks are inherently distinctive and have acquired distinction through Summit's

27  extensive, continuous, and exclusive use of the TWILIGHT Marks.

28          47.    The TWILIGHT Marks are famous and distinctive within the meaning

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

11

1  of 15 U.S.C. §§ 1125(c)(1) and 1127 and Cal. Bus. & Prof. Code § 14330.

2      48.    Zazzle's use of the TWILIGHT Marks is likely to dilute the distinctive

3  quality of Summit's mark in violation of  15 U.S.C. § 1125(c) and Cal. Bus. & Prof.

4  Code § 14330.

5      49.    Zazzle's acts complained of herein are likely to damage Summit

6  irreparably.  Summit has no adequate remedy at law for such wrongs and injuries.

7  The damage to Summit includes harm to its trademarks, goodwill, and reputation

8  that money cannot compensate.  Summit is, therefore, entitled to a preliminary and

9  permanent injunction enjoining Zazzle's use of the TWILIGHT Marks in

10  connection with the promotion, advertisement and sale of any goods by Zazzle.

11      50.    Summit is further entitled to recover from Zazzle its actual damages

12  sustained by Summit as a result of Zazzle's wrongful acts.  Summit is presently

13  unable to ascertain the full extent of the monetary damages it has suffered by reason

14  of Zazzle's acts of dilution.

15      51.    Summit is further entitled to recover from Zazzle the gains, profits, and

16  advantages Zazzle has obtained as a result of its wrongful acts.  Summit is presently

17  unable to ascertain the extent of the gains, profits and advantages Zazzle has

18  realized by reason of Zazzle's willful acts of dilution.

19      52.    Because of the willful nature of Zazzle's actions, Summit is entitled to

20  all remedies available under 15 U.S.C. §§ 1117 and 1118.

21      **FOURTH CAUSE OF ACTION**

22      **(Copyright Infringement)**

23      53.    Summit repeats and realleges each and every allegation of paragraphs 1

24  through 52, above, as though fully set forth herein.

25      54.    The Images are each an original work of authorship and a

26  copyrightable subject matter under the laws of the United States.  The Images were

27  fixed in a tangible medium by creation of artwork, development of a photograph

28  and/or uploading of an image to a hard drive.  Certain of the Images are from the

1    motion picture *Twilight*, which is the subject of a valid copyright registration.  A

2    true and correct copy the registration for the motion picture *Twilight* is attached

3    hereto as **Exhibits C**.

4         55.    Summit is the copyright owner of the Images, and at all times relevant

5    to the Complaint, Summit is and has been the sole exclusive authorized licensor of

6    the Images in the United States in connection with the issuance of licenses for use

7    of the Images.

8         56.    Zazzle had access to the Images because certain Images were derived

9    from the *Twilight* motion picture, which was theatrically released throughout the

10   United States and recently on DVD, and such motion picture has been a huge

11   success, and because those and other Images were used publicly in marketing and

12   promoting the films *Twilight* and *The Twilight Saga: New Moon*.

13        57.    Zazzle has violated Summit's exclusive rights in and to the Images by

14   unlawfully using, reproducing, and distributing the Images on the Website and in

15   marketing and advertising for the Website without authorization.

16        58.    Upon information and belief, Zazzle was at all material times aware

17   that its use of the Images in the absence of a valid license agreement, would

18   constitute copyright infringement.  Summit had not granted to Zazzle any right or

19   license to use the Images in any manner whatsoever.

20        59.    Summit is informed and believes and on that basis alleges that Zazzle

21   had full knowledge that its acts are wrongful and unlawful and has continued to

22   infringe said copyright, throughout the United States and various other territories of

23   the world.  Zazzle's respective infringing acts were and continue to be committed

24   willfully.

25        60.    By reason of the foregoing, Summit has suffered damages in an

26   amount to be determined at trial, and is entitled, at its election, to either (a) all

27   damages suffered by Summit, along with all gains, profits and advantages derived

28   by Zazzle from the acts of infringement, plus exemplary and punitive damages in

1    amounts to be proven at trial, or (b) statutory damages as provided for in the

2    Copyright Act of the United States.

3         61.    Summit is also entitled to attorneys' fees under the Copyright Act.

4                    **FIFTH CAUSE OF ACTION**

5              **(Statutory and Common Law Unfair Competition)**

6         62.    Summit repeats and realleges each and every allegation of paragraphs 1

7    through 61, above, as though fully set forth herein.

8         63.    By reason of the foregoing, Zazzle has been, and is, engaged in

9    "unlawful, unfair or fraudulent business practices" in violation of §§ 17200 *et seq.*

10   of the California Bus. & Prof. Code and acts of unfair competition in violation of

11   the common law.

12        64.    Zazzle's acts complained of herein have damaged and will continue to

13   damage Summit irreparably.  Summit has no adequate remedy at law for these

14   wrongs and injuries.  The damage to Summit includes harm to its trademarks,

15   goodwill, and reputation in the marketplace that money cannot compensate.

16   Summit is therefore entitled to:  (a) injunctive relief restraining and enjoining

17   Zazzle and its agents, servants, employees, and attorneys, and all persons acting

18   thereunder, in concert with, or on their behalf, from using the TWILIGHT Marks,

19   any colorable imitation or variation thereof, or any mark, name, symbol, or logo

20   which is confusingly similar thereto, in connection with the marketing or sale of

21   any goods or services by Zazzle; (b) injunctive relief restraining and enjoining

22   Zazzle and its agents, servants, employees, and attorneys, and all persons acting

23   thereunder, in concert with, or on their behalf, from reproducing the Images owned

24   by Summit in connection with the marketing or sale of any goods or services by

25   Zazzle; (c) Summit's actual damages sustained as a result of Zazzle's wrongful

26   acts; (d) an accounting of Zazzle's profits from their sales of any products bearing

27   the TWILIGHT Marks or any other goods which make use of the TWILIGHT

28   Marks or the Images; (e) the award of Zazzle's unjust profits, as well as sums

1   sufficient to compensate Summit for all harm suffered as a result of Zazzle's

2   conduct; and (f) punitive damages.

3                             **PRAYER FOR RELIEF**

4        WHEREFORE, Summit prays that this Court enter judgment against

5   Defendant as follows:

6        1.    Finding that Defendant has violated 15 U.S.C. § 1125(a) and the

7   common law, has infringed the TWILIGHT Marks under the common law, has

8   infringed Summit's copyright under 17 U.S.C. § 501, has violated 15 U.S.C. §

9   1125(c)(1) and Cal. Bus. & Prof. Code § 14330, violated Cal. Bus. & Prof. Code §

10  17200 and the common law by engaging in unlawful, unfair, and fraudulent

11  business practices;

12       2.    Ordering that Defendant and its subsidiaries, officers, agents, servants,

13  directors, employees, servants, partners, representative, assigns, successors, related

14  companies, and attorneys and all persons in active concert or participation with

15  Defendant or with any of the foregoing be enjoined preliminarily during the

16  pendency of this action and permanently thereafter from:

17            a.    Manufacturing, transporting, promoting, importing,

18  advertising, publicizing, distributing, offering for sale, or selling any goods bearing

19  the TWILIGHT Marks or any other mark, name, symbol, or logo which is likely to

20  cause confusion or to cause mistake or to deceive persons into the erroneous belief

21  that any goods that Defendant caused to enter the stream of commerce are

22  sponsored, licensed, or endorsed by Summit, are authorized by Summit, or are

23  connected or affiliated in some way with Summit or the Twilight Series;

24            b.    Manufacturing, transporting, promoting, importing,

25  advertising, publicizing, distributing, offering for sale, or selling any goods bearing

26  the TWILIGHT Marks or any other mark, name, symbol, or logo that is a copy or

27  colorable imitation of, incorporates, or is confusingly similar to the TWILIGHT

28  Marks;

1      c.      Falsely implying Summit's endorsement of Defendant's

2  goods or engaging in any act or series of acts which, either alone or in combination,

3  constitutes unfair methods of competition with Summit and from otherwise

4  interfering with, or injuring the TWILIGHT Marks or the goodwill associated

5  therewith;

6      d.      Copying, displaying, featuring, or using the Images or any

7  other copyrightable subject matter created or owned by Summit for the Twilight

8  Series, or any works substantially similar thereto, or engaging in any act in

9  violation of Summit's copyrights;

10     e.      Engaging in any act which is likely to dilute the

11  distinctive quality of the TWILIGHT Marks and/or injures Summit's business

12  reputation;

13     f.      Representing or implying that Defendant is in any way

14  sponsored by, affiliated with, or endorsed or licensed by Summit; or

15     g.      Knowingly assisting, inducing, aiding, or abetting any

16  other person or business entity in engaging in or performing any of the activities

17  referred to in paragraphs 2(a) to (f) above.

18     3.      Ordering that Summit is the exclusive owner of the TWILIGHT Marks

19  and that such marks are valid;

20     4.      Ordering that Summit is the exclusive owner of the copyrights in the

21  Images and that such copyrights are valid.

22     5.      Ordering that Defendant be required to deliver to Summit for

23  destruction all Infringing Products, which bear the TWILIGHT Marks or any other

24  trademarks, names, logo, trade dress, or packaging that are confusingly or

25  substantially similar to the TWILIGHT Marks;

26     6.      Granting an award of damages suffered by Summit according to proof

27  at the time of trial;

28     7.      Ordering that Defendant account to Summit for any and all profits

1   earned as a result of Defendant's acts of infringement in violation of Summit's

2   rights under the Lanham Act, the Copyright Act, Cal. Bus. & Prof. Code § 17200,

3   *et seq.*, and the common law;

4          8.      Granting an award of three times the amount of compensatory

5   damages and increased profits pursuant to 15 U.S.C. § 1117;

6          9.      Granting an award of statutory damages pursuant to 17 U.S.C. §

7   504(c);

8          10.     Granting an award of punitive damages for the willful and wanton

9   nature of Defendant's aforesaid acts;

10         11.     For pre-judgment interest on any recovery by Summit;

11         12.     Granting an award of Summit's costs, expenses, and reasonable

12   attorney's fees; and

13         13.     Granting such other and further relief as is just and proper.

14                                          Respectfully submitted,

15                                          MANATT, PHELPS & PHILLIPS, LLP

16

17   Dated:  October 22, 2009          By: _____
                                            Jill M. Pietrini
18                                          *Attorneys for Plaintiff*
                                            SUMMIT ENTERTAINMENT, LLC

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

## JURY DEMAND

2    Summit demands a trial by jury of all issues triable by jury.

3                                        Respectfully submitted,

4                                        MANATT, PHELPS & PHILLIPS, LLP

5

6    Dated:  October 22, 2009            By: _____
                                             Jill M. Pietrini
7                                            *Attorneys for Plaintiff*
                                             SUMMIT ENTERTAINMENT, LLC
8

9

10

11    200001825.3

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



Direct Phone:    310-309-8471
Direct Fax:      310-401-2147
dfriedman@summit-ent.com

## VIA EMAIL AND FEDERAL EXPRESS

November 10, 2008

Zazzle.Com, Inc.
Attn: Content Agent
1900 Seaport Blvd
Redwood City, CA 94063
T. 800.980.9890
E. content_agent@zazzle.com

Re:    *Notification of Copyright Infringement on Zazzle.com*

Dear Intellectual Property Rights Agent,

   Summit Entertainment, LLC ("Summit") is the official owner of many copyright, trademark, merchandising, distribution, and other intellectual property rights in and to the motion picture "TWILIGHT" (the "Movie"). You can find information about the Movie at http://www.twilightthemovie.com/. Summit takes very seriously its responsibility to protect its rights in and to the Movie and the legitimate rights of its licensees. As such, it prohibits and actively polices the unauthorized use, sale, or distribution of Movie related merchandise.

   The sale of unauthorized merchandise utilizing copyrighted and trademarked elements of the Movie, including phrases, images and character names and your overt advertisement of unauthorized Movie merchandise infringe upon Summit's rights in and to the Movie. Summit has many remedies available to it for your willful infringement of its copyrights and trademarks. It should also be noted that the availability of infringing products on your website may constitute unfair competition and tortious interference with the contracts that Summit has with its official licensees.

   Please immediately remove the following items from your website, or any affiliated websites, and block all search results for the Movie title and character names:

1. http://www.zazzle.com/twilight+gifts
2. http://www.zazzle.com/twilight+movie+gifts
3. http://www.zazzle.com/edward+cullen+gifts
4. http://www.zazzle.com/cullen+gifts
5. http://www.zazzle.com/bella+gifts
6. http://www.zazzle.com/cullen+family+gifts

Zazzle.com
November 10, 2008
Page 2 of 2

7. http://www.zazzle.com/bella+cullen+gifts
8. http://www.zazzle.com/bella+swan+gifts

     As a result of this notice, you have been made specifically aware, even if you were not previously aware thereof, of Summit's rights, as set forth above, in and to the Movie. We trust that this notice has made Summit's position clear with respect to your participation in the unauthorized sale of the Movie by third parties.

     Unless we receive written notification that the above items have been removed and that the search results for the Movie title have been blocked by the close of business on **November 14, 2008,** Summit may have no other option but to seek all remedies available to it for your unlawful acts. Summit has many remedies available to it for your unlawful acts, including an injunction against further infringement, attorney's fees, and monetary damages under the Copyright and Lanham Acts. Please note, however, that the above is not intended to be a complete listing of Summit's rights, and Summit reserves the right to assert other claims not stated herein.

     This letter is not intended to and shall not waive or prejudice any rights and remedies that Summit may have at law, in equity or otherwise. Any and all such rights and remedies are hereby expressly reserved.

     Thank you for your cooperation in this matter.

Sincerely,

David C. Friedman
Executive Vice President & General Counsel



SHOP ▾   CREATE ▾   SELL ▾   COMMUNITY ▾          Sign in | Cart | MyZazzle | Help

All Products ▾   [Search]

**Inauguration Weekend Sale!   $4.40 OFF ALL SHIRTS!   LAST DAY!**   Use code: 440SHIRTSALE. (see details)

## twilight mouse mat mousepad by jess683

 (0 votes)

Views: | Product | Design |





**Highest Quality Mousepads**

No minimum order - save when you buy in bulk
Durable cloth cover is dust and stain resistant
Non-slip backing keeps your mouse moving while the
mousepad stays in place
9.25" x 7.75" - Perfect size for home or office

 **Twilight, edward and bella mouse mat**
created by jess683 (1/20/2009 11:36 AM)

Qty: [1]   (save in bulk)

Customize: Change the design, add your own ideas!   [Customize it]

**Comments (showing 0 of 0)** (Add a comment | See all)

**Inauguration Weekend Sale!**
**$4.40 OFF ALL SHIRTS! Use code: 440SHIRTSALE.**   (info)

Be the first to comment on this design!

 SHARE       Email | Link | Blog | Twitter

Log in to add a comment...

Add to favorites | Report violation

Gallery       Marketplace

**Design your own mousepad!**

Product id: 144252496215877724 (rated G)

Zazzle - We make quality custom products designed by you. Learn how we do it

Track My Order | Contact Us | Zazzle.co.uk | Browse categories | Create products | Blog | Sitemap, tags, products

Use of this Web site constitutes acceptance of the User Agreement and Privacy Policy
Copyright © 2000-2009, Zazzle.com, Inc. All rights reserved.

Sign up for our email newsletter
Receive updates and exclusive offers
[email address]   [Sign me up!]

  PayPal



zazzle    SHOP ▾    CREATE ▾    SELL ▾    COMMUNITY ▾    Sign in | Cart | My Zazzle | Help

[ All Products ▾ ]  [ Search ]

Zazzle Custom Wedding Stamp Sale!  25% off 5+ sheets!  Use Code: WEDDINGPOST9    Shop wedding postage (details)

# new-moon-shirtless-jacob, Team Jacob forever! by
## 2taylorlautnerishot2

☆☆☆☆☆ (0 votes)

Views: [ Model ] [ Product ] [ Design ] 🔍



**Girls Baby Doll (Fitted)**    (starting at )

This classic baby doll is our best-selling ladies top. 100% super-soft ring-spun cotton. Double-needle stitched bottom hem, capped sleeves, tapered side-seamed body with custom contoured fit. Made by Bella. NOTE: Sizes run extremely small. Order 1 to 2 sizes larger than normal. Imported.



Select a different shirt style

Choose from hundreds of shirts for men, women, and kids. Also, select sustainable, sport, and fashionable apparel.

Color: White

]

Size: Youth M

PLAYNAME

Qty. 1

Customize: Change the design, add your own ideas!    Customize it

**Zazzle Custom Wedding Stamp Sale!**
**25% off 5+ sheets! Use code: WEDDINGPOST9**    (info)

Views    Models

 Jacob
created by 2taylorlautnerishot2 (7/4/2009 5:31 PM)

**Comment Wall (showing 0 of 0)**  ( Add a comment )

Be the first to comment on this design!

🔄 SHARE  📌 🌐 ✷  Email | Link | Blog | Twitter

Add to favorites | Report violation

Store    Marketplace

**Design your own Shirt!**

## Add a comment

Subject: [                    ]

Message: [                    ]

(What HTML is acceptable here?)

## Add a picture of yourself with this product (optional)

Add product images

[ Post your comment ]

Product id 235541748098428356 (rated G)

ZAZZLE    SHOP ▼  CREATE ▼  SELL ▼  COMMUNITY ▼    Sign in | Basket | MyZazzle | Help

| All Products ▼ | Search |

# Edward Cullen T-shirt by kachina1979

☆☆☆☆☆ (0 votes)

**Views:** | Model | Product | Design |    🔍



Ⓒ zazzle

## Ladies Basic T-Shirt

(starting at )

The classic t-shirt, made specifically for women. Pre-shrunk, 5.0 ounce 100% super-soft cotton, baby jersey knit. Coverstitched 3/4" bottom hem and sleeve opening. Custom contoured fit. Made by Bella. Sizes run extremely small. Order 1 to 2 sizes larger than normal. Imported.

Select a different shirt style
Choose from hundreds of shirts for men, women, and kids. Also, select sustainable, sport, and fashionable apparel.

**Colour:** Navy Blue

**Size:** Adult M

PLAYNAME

**Qty:** 1

(VAT Included)

**Customise:** Change the design, add your own ideas!    | Customise it |

SHARE    Email | Link | Blog | Twitter

Add to favourites | Report violation

Gallery    Marketplace

**Design your own Shirt!**

**Views**    Models

Twilight shirt of Edward Cullen
created by kachina1979 (16/02/2009 20:09)

## Comment Wall (showing 0 of 0)  (Add a comment | See all)

Be the first to comment on this design!

## Add a comment

Subject:

Message:

(What HTML is acceptable here?)

## Add a picture of yourself with this product (optional)

Add product images

| Post your comment |

**- 23 -**

Product id. 235951938849394773 (rated U - Universal,

**Zazzle -** We make quality custom products designed by you. Learn how we do it

Track My Order | Contact Us | Browse categories | Create products | Blog | Sitemap, tags, products

Sign up for our email newsletter
Receive updates and exclusive offers
email address    Sign me up!

People, Health,
  Cultures
Photography
Places, Regional
Politics
Religion
Spirituality, Inspirational
Sports, Teams
Transportation
Travel, Hobbies,
  Gaming
Vintage, Historical
Youth, School,
  Academics





Clan Cullen Crest Shirt
by ForeverLove

Cullen Crest Organic Tote - black/white
by soulinertia

Cullen Crest Tote - red on black
by soulinertia






Cullen Family Crest Tote
by soulinertia

Cullen Crest Organic Tote - red
by soulinertia

Cullen's Crest
by echo_love





Cullen Family Crest Color Button - whit
by soulinertia

Cullen Family Crest on Color!
by soulinertia

Cullen Crest Tote - Silver on black
by soulinertia





Cullen's Crest
by echo_love

Cullen's Crest
by echo_love

Team Edward stars
by unizenfro

- 24 -

 ZAZZLE

SHOP ▾     CREATE ▾     SELL ▾     COMMUNITY ▾          Sign In | Cart | My Zazzle | Help

[                    ]  All Products ▾   Search

**Back to School Sale - Week 2!   Buy 1 Poster Get 1 FREE! (50% off 2+ posters)**   Use Code: BTSPOSTERS09   (details)

## Cullen Crest Gifts

**Narrow By Product**

T-Shirts
Postage
Cards
Mugs
Calendars
Profile Cards
Keds Shoes

Pet Clothing New!
Aprons
Bags
Bumper Stickers
Buttons
Embroidered Bags
Embroidered Hats
Embroidered Shirts
Hats
Keychains
Magnets
Mousepads
Photo Sculptures
Postcards
Posters
Skateboards
Stickers
Ties

**Narrow By Topic**

Animals, Pets
Animation, Comics
Architecture, Living
  Space
Arts, Design, Fashion
Astronomy, Space
Business, Motivational
Computers, Science,
  Technology
Contests
Events, Holidays,
  Greetings
Fantasy, Science
  Fiction
Food, Drink
Government, Military
Humor, Sayings
Miscellaneous
Nature, Landscapes
Panoramic Maps,
  Photos, Views
Party, Music,

**Results 1 - 30 of 403**

Popular  |  Newest

Prev [1] 2  3  4  5  ... 14  Next


**Edward Cullen Crest - Twilight**
by i_love_vampires


**Cullen Crest Large Tote - black w/whit**
by soulinertia


**Cullen Crest Tote - red w/black handle**
by soulinertia


**Clan Cullen Crest Stickers**
by ForeverLove


**Cullen Crest in Color - white hoodie**
by soulinertia


**Cullen Crest Tee**
by soulinertia


**Cullen**
by RenesmeeCullen15


**Cullen Family Crest IMPROVED Desig**
by soulinertia


**Cullen Family Crest Baseball Cap**
by soulinertia

- 25 -

  

Color Cullen Family Crest Cap!
by soulinertia

cullen crest
by cyndee86

Team Cullen Baseball
by umirenfro

  

Clan Cullen Crest Tie
by ForeverLove

Color Cullen Family Crest Button - blac
by soulinertia

Cullen Family Crest button - White
by soulinertia

  

Cullen's Crest
by echo_love

OCD
by umirenfro

Cullen Crest Tote - Red
by soulinertia

go to page: [ ]     Go

[1] 2 3 4 5 ... 14 Next

Shop thousands of items, or quality ... online at Zazzle.com

cullen crest          All Products ▼     Search  Can't find it? Create your own!

**Zazzle - We make quality custom products designed by you.** Learn how we do it

Track My Order | Contact Us | Browse categories | Create products | Blog | Sitemap, tags, products

United States | United Kingdom | Canada | Australia

Need help? Call us at 1-888-8ZAZZLE (1-888-892-9953)

Use of this Web site constitutes acceptance of the User Agreement and Privacy Policy
Copyright © 2000-2009, Zazzle.com, Inc. All rights reserved.

Sign up for our email newsletter
Receive updates and exclusive offers

[ email address ]          Sign me up!

*PayPal*

zazzle    SHOP ▾    CREATE ▾    SELL ▾    COMMUNITY ▾          Sign in | Cart | My Zazzle | Help

[ All Products ▾ ]  [ Search ]

# Edward Cullen Gifts

| Narrow By Product | Results 1 - 30 of 13,072 | Popular | Newest |

T-Shirts
Postage
Cards
Mugs
Calendars
Business Cards
Keds Shoes

Aprons
Bags
Bumper Stickers
Buttons
Embroidered Bags New!
Embroidered Hats New!
Embroidered Shirts New!
Hats
Keychains
Magnets
Mousepads
Photo Sculptures
Postcards
Posters
Skateboards
Stickers
Ties

**Narrow By Topic**

Animals, Pets
Animation, Comics
Architecture, Living Space
Arts, Design, Fashion
Astronomy, Space
Business, Motivational
Computers, Science, Technology
Contests
Events, Holidays, Greetings
Fantasy, Science Fiction
Food, Drink
Government, Military
Humor, Sayings
Miscellaneous
Nature, Landscapes
Panoramic Maps, Photos, Views
Party, Music, Entertainment
People, Health, Cultures
Photography
Places, Regional
Politics
Religion
Spirituality, Inspirational
Sports, Teams
Transportation
Travel, Hobbies, Gaming
Vintage, Historical
Youth, School, Academics

[1]  2  3  4  5  ...  436  Next ›


Twilight Cullen 17
by DiscoverBG


TWILIGHT
by schulberg


"Mrs. Cullen" Shirt
by marigenrique


Edward Cullen isn't *real*?
by messengergoddess


Cullen 3/4 Sleeve Shirt
by rileydog59


364029358_ad560cc1230605851
by Katy_Kitty


Sorry I'm Taken By Edward Cullen
by Twilight4ever723


Team Edward Hoodie
by morgansmichelle


Wanted
by Katy_Kitty


and so the lion


in love with a fictional character


Edward prefers brunettes





Give blood!
by stampd



Lion and Lamb
by hjcamanda



choose
by Kaity_Kivy



Twilight
by onlymystory



TWILIGHT
by tiffanyfn



what an avada kdavra does?
by stampd



Vote, Edward Cullen
by Kaity_Kivy



450twilightreview20q, twilight, If I cou
by messengergoddess



Cullen Crest
by i_love_vampires



Sexy Cullen Crest Tee
by soulinertia



vampire wordart
by mlsdesigns



Team Edward
by teamedward017







- 28 -





edward cullen
by monster_mojo

Romeo
by Kaity_Kivy

Cullen Crest Coffee!
by soulinertia

go to page: [____] Go

[1]  2  3  4  5  ...  436  Next →

Show results for anything using any Edward Cullen all departments maps Create your own design and such and such these products now show you can more that a product can there you can or by anything so

| edward cullen | All Products ▼ | Search | Can't find it? Create your own! |

**Zazzle - We make quality custom products designed by you.** Learn how we do it

Track My Order | Contact Us | Zazzle.co.uk | Browse categories | Create products | Blog | Sitemap, tags, products

Need help? Call us at **1-888-8ZAZZLE** (1-888-892-9953)

Use of this Web site constitutes acceptance of the User Agreement and Privacy Policy
Copyright © 2000-2009, Zazzle.com, Inc. All rights reserved.

Sign up for our email newsletter
Receive updates and exclusive offers

[email address____] Sign me up!



PayPal


ⓩ ZAZZLE    SHOP ▾    CREATE ▾    SELL ▾    COMMUNITY ▾        Sign in | Cart | My Zazzle | Help

[                    ]  All Products ▾  [Search]

**Back to School Sale - Week 2!   Buy 1 Poster Get 1 FREE! (50% off 2+ posters)   Use Code: BTSPOSTERS09** (details)

# new moon mousepad by stupedman40                                    (0 votes)

Views:  [ Product ]  [ Design ]



**Highest Quality Mousepads**

No minimum order! Save when you buy in bulk!
Durable cloth cover is dust and stain resistant
Non-slip backing keeps your mouse moving while the
mousepad stays in place
9.25" x 7.75" - Perfect size for home or office

Qty.  [ 1 ]    (save in bulk)        [                    ]

**Customize:** Change the design, add your own ideas!    [ Customize it ]

**new moon**
created by stupedman40 (8/11/2009 1:31 PM)

**Buy 1 Poster Get 1 FREE! (50% off 2+ posters)**
**Use code: BTSPOSTERS09**                          (info)

**Comment Wall (showing 0 of 0)**  ( Add a comment )

Be the first to comment on this design!

🔗 SHARE  ✉ ⚡ ☶    Email | Link | Blog | Twitter

Add to favorites  |  Report violation

Store        Marketplace

**Add a comment**

Subject:  [                    ]

Message:  [                    ]

(What HTML is acceptable here?)

**Design your own** Mousepad!

**Add a picture of yourself with this product (optional)**

Add product images

[ Post your comment ]

Product id: 144906493362067044 (rated G)

**Zazzle - We make quality custom products designed by you. Learn** how we do it

Track My Order | Contact Us | Browse categories | Create products | Blog | Sitemap  tags  products
▆ United States | ▆ United Kingdom | ▆ Canada | ▆ Australia

**- 30 -**

Sign up for our email newsletter
Receive updates and exclusive offers

[ email address ]    [ Sign me up! ]

Use of this Web site constitutes acceptance of the User Agreement and Privacy Policy
Copyright © 2000-2009, Zazzle.com  Inc  All rights reserved.

    PayPal  

# EXHIBIT B



Direct Phone:   310-309-8471
Direct Fax:     310-401-2147
dfriedman@summit-ent.com

**VIA EMAIL AND FEDERAL EXPRESS**

August 13, 2009

Zazzle.Com, Inc.
Attn: Content Agent
1900 Seaport Blvd
Redwood City, CA 94063
T. 800.980.9890
E. content_agent@zazzle.com

Re:     *Notification of Copyright Infringement on Zazzle.com*

Dear Intellectual Property Rights Agent,

Summit Entertainment, LLC ("Summit") is the official owner of many copyright, trademark, merchandising, distribution, and other intellectual property rights in and to the motion picture series known as "THE TWILIGHT SAGA," including, without limitation, "TWILIGHT" and "NEW MOON" (the "Property"). You can find information about the Property at http://www.twilightthemovie.com/. Summit takes very seriously its responsibility to protect its rights in and to the Property and the legitimate rights of its licensees. As such, it prohibits and actively polices the unauthorized use, sale, or distribution of Property related merchandise.

The sale of unauthorized merchandise utilizing copyrighted, trademarked, and other proprietary elements of the Property, including phrases, images and character names and your overt advertisement of unauthorized Property-related merchandise infringe upon Summit's rights in and to the Property. Summit has many remedies available to it for your willful infringement of its copyrights and trademarks. It should also be noted that the availability of infringing products on your website may constitute unfair competition and tortious interference with the contracts that Summit has with its official licensees.

Please immediately remove the following items from your website, or any affiliated websites, and block all search results for the titles of the Property, including, without limitation, "Twilight," "New Moon," and "The Twilight Saga" as well as all related character names:

1. http://www.zazzle.com/twilight+gifts
2. http://www.zazzle.com/twilight+movie+gifts
3. http://www.zazzle.com/new+moon+gifts
4. http://www.zazzle.com/twilight+saga+gifts

**- 31 -**

Zazzle.com
August 13, 2009
Page 2

5. http://www.zazzle.com/edward+cullen+gifts
6. http://www.zazzle.com/cullen+gifts
7. http://www.zazzle.com/bella+gifts
8. http://www.zazzle.com/cullen+family+gifts
9. http://www.zazzle.com/bella+cullen+gifts
10. http://www.zazzle.com/bella+swan+gifts
11. http://www.zazzle.com/twilight+alice+gifts
12. http://www.zazzle.com/rosalie+gifts
13. http://www.zazzle.com/emmett+gifts
14. http://www.zazzle.com/jasper+gifts
15. http://www.zazzle.com/carlisle+twilight+gifts
16. http://www.zazzle.com/jacob+gifts
17. http://www.zazzle.com/team+jacob+gifts
18. http://www.zazzle.com/team+edward+gifts
19. http://www.zazzle.com/volturi+gifts
20. http://www.zazzle.com/wolfpack+twilight+gifts
21. http://www.zazzle.com/wolves+twilight+gifts

You were previously notified by Summit of its rights, as set forth above, in and to the Property in my letter to you dated November 10, 2008, and yet, you have allowed the willful infringement and unauthorized use of the Property to continue unchecked.

Consequently, unless we receive written notification that the all of the above items have been removed and that the search results for the Property have been blocked by the close of business on **August 19, 2009.** Summit will immediately pursue all remedies available to it for your unlawful acts, including, without limitation, an injunction against further infringement, attorney's fees, and monetary damages under the Copyright and Lanham Acts. Please note, however, that the above is not intended to be a complete listing of Summit's rights, and Summit reserves the right to assert other claims not stated herein.

This letter is not intended to and shall not waive or prejudice any rights and remedies that Summit may have at law, in equity or otherwise. Any and all such rights and remedies are hereby expressly reserved.

Thank you for your cooperation in this matter.

Sincerely yours,

David C. Friedman
Executive Vice President & General Counsel

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-616-599

**Effective date of
registration:**

December 12, 2008

## Title

| | |
|---|---|
| **Title of Work:** | TWILIGHT |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2008 | | |
| **Date of 1st Publication:** | November 21, 2008 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ▪  **Author:** | Summit Entertainment, LLC | | |
| **Author Created:** | entire motion picture | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Summit Entertainment, LLC |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting photograph(s), preexisting music, literary material |
| **New material included in claim:** | all other cinematographic material, production as a motion picture, revisions/additions to script, editing, entire motion picture |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Summit Entertainment, LLC | | |
| **Name:** | Legal Department ROWID:1-2AIMDV | | |
| **Email:** | atillman@summit-ent.com | **Telephone:** | 310-255-3055 |
| **Address:** | 1630 Stewart Street | | |
| | Suite 120 | | |
| | Santa Monica, CA 90404  United States | | |

## Certification

**Name:**  Janet Chowsangrat

**Date:**  December 1, 2008

IPN#:

Registration #:    PA0001616599

Service Request #:   1-138555171

Summit Entertainment, LLC
Amy Tillman
1630 Stewart Street
Suite 120
Santa Monica, CA 90404

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br>_____<br>*Plaintiff*<br>v.<br>ZAZZLE.COM, INC., a California corporation<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CV09 07691 GW (JCx)

Civil Action No.

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**ZAZZLE.COM, INC.**
**1900 Seaport Blvd**
**Redwood City, CA  94063**

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Jill M. Pietrini, Esq. (SBN 138335)**
**Kimo Peluso (Pro Hac Vice pending)**
**MANATT, PHELPS & PHILLIPS, LLC**
**11355 West Olympic Boulevard**
**Los Angeles, CA  90064**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**CHRISTOPHER POWERS**

Date:    OCT 2 2 2009
_____

_____
*Signature of Clerk or Deputy Clerk*

# ORIGINAL

American LegalNet, Inc.<br>www.FormsWorkflow.com

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $. _____

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                           *Server's signature*

                                                _____
                                                           *Printed name and title*


                                                _____
                                                           *Server's address*

Additional information regarding attempted service, etc:

200001945.1

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company

**DEFENDANTS**
ZAZZLE.COM, INC., a California corporation

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

MANATT, PHELPS & PHILLIPS, LLP
Jill M. Pietrini (SBN 138335)       jpietrini@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000; Facsimile: (310) 312-4224

Attorneys (If Known)

WILSON SONSINI GOODRICH & ROSATI
Aaron Hendelman       ahendelman@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300, Fax: (650) 493-6811

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Complaint for False Designation of Origin -- 15 U.S.C. § 1125(a); Trademark Infringement, Dilution--15 U.S.C.§ 1125(c); Cal. Bus. & Prof. Code § 14330; Copyright Infringement; Statutory and Common Law Unfair Competition; and Breach of Contract)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

FOR OFFICE USE ONLY:   Case Number: **CV09 07691**
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)        CIVIL COVER SHEET        Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| **Summit Entertainment, LLC – Los Angeles County** | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | **Zazzle.com, Inc. – Santa Clara County** |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| **All claims – Los Angeles County** | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):**  _Jill Piet_  Date  **October 22, 2009**

**Jill M. Pietrini**

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

200001947.1

CV-71 (05/08)                                         CIVIL COVER SHEET

American LegalNet, Inc.
www.FormsWorkflow.com