COPY

1   WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
    COLLEEN BAL (State Bar No. 167637)
2   cbal@wsgr.com
    650 Page Mill Road
3   Palo Alto, CA 94304-1050
    Telephone:  (650) 493-9300
4   Facsimile:  (650) 565-5100

5   WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
    NATALIE J. MORGAN (State Bar No. 211143)
6   nmorgan@wsgr.com
    12235 El Camino Real, Suite 200
7   San Diego, CA 92130
    Telephone:  (858) 350-2300
8   Facsimile:  (858) 350-2399

9   Attorneys for Defendant and Counterclaimant ZAZZLE.COM, INC.

10                  UNITED STATES DISTRICT COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12                        WESTERN DIVISION

13   SUMMIT ENTERTAINMENT, LLC, a          Case No. CV09-07691 GW (JCx)
     Delaware limited liability company,
14
                                           **DEFENDANT ZAZZLE.COM'S**
15                    Plaintiff,           **ANSWER TO FIRST AMENDED**
                                           **COMPLAINT AND AMENDED**
16         v.                              **RELATED COUNTERCLAIMS**

17   ZAZZLE.COM., INC., a California       **DEMAND FOR JURY TRIAL**
     corporation,
18
19                    Defendant.

20   ZAZZLE.COM., INC., a California
     corporation,
21
22                    Counterclaimant,
23         v.
24   SUMMIT ENTERTAINMENT, LLC, a
     Delaware limited liability company,
25
26                    Counterdefendant.
27
28
     DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED              CV09-07691 GW (JCx)
     COMPLAINT AND AMENDED RELATED COUNTERCLAIMS;
     DEMAND FOR JURY TRIAL
     3928254_1.DOC

FILED

2010 APR 19 PM 3: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

By FAX

## ANSWER TO FIRST AMENDED COMPLAINT

Defendant ZAZZLE.COM ("Zazzle"), through undersigned counsel, answers the First Amended Complaint for False Designation of Origin, Trademark Infringement, Trademark Dilution, Copyright Infringement, and Unfair Competition ("FAC") of Plaintiff SUMMITT ENTERTAINMENT, LLC ("Plaintiff") as follows:

### JURISDICTION

1.      In response to paragraph 1, Zazzle admits that the FAC purports to state a claim for damages and injunctive relief for trademark and copyright infringement, false designation of origin, dilution, and unfair competition but denies that Plaintiffs are entitled to any such relief.  Zazzle admits that this Court has original subject matter jurisdiction over this matter.  Except as specifically admitted, Zazzle denies the allegations in paragraph 1.

2.      In response to paragraph 2, Zazzle admits that this Court has personal jurisdiction over Zazzle for purposes of this action.  Zazzle lacks sufficient information or knowledge to either admit or deny the allegation that Plaintiff resides in this judicial District, and therefore denies it on that basis.  Zazzle denies the remaining allegations of paragraph 2.

### PARTIES

3.      In response to paragraph 3, Zazzle lacks sufficient information or knowledge to either admit or deny the allegations of this paragraph, and therefore denies them on that basis.

4.      In response to paragraph 4, Zazzle admits that it is a California corporation and has its principal place of business in Redwood City, California.

DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED
COMPLAINT AND AMENDED RELATED COUNTERCLAIMS;
DEMAND FOR JURY TRIAL
3928254_1.DOC

CV09-07691 GW (JCx)

## THE ALLEGED FACTS

### Allegations Regarding "Summit's Business and the *Twilight* Series"

5.    In response to paragraph 5, Zazzle lacks sufficient information or knowledge to either admit or deny the allegations of this paragraph, and therefore denies them on that basis.

6.    In response to paragraph 6, Zazzle lacks sufficient information or knowledge to either admit or deny the allegations of this paragraph, and therefore denies them on that basis.

7.    In response to paragraph 7, Zazzle lacks sufficient information or knowledge to either admit or deny the allegations of this paragraph, and therefore denies them on that basis.

8.    In response to paragraph 8, Zazzle lacks sufficient information or knowledge to either admit or deny the allegations of this paragraph, and therefore denies them on that basis.

9.    In response to paragraph 9, Zazzle lacks sufficient information or knowledge to either admit or deny the allegations of this paragraph, and therefore denies them on that basis.

10.    In response to paragraph 10, Zazzle lacks sufficient information or knowledge to either admit or deny the allegations of this paragraph, and therefore denies them on that basis.

### Allegations Regarding "Summit's Trademark and Copyrights"

11.    In response to paragraph 11, Zazzle lacks sufficient information or knowledge to either admit or deny the allegations of this paragraph, and therefore denies them on that basis.

12.    In response to paragraph 12, Zazzle admits that Exhibit A to the FAC purports to be a copy of a trademark registration.  Exhibit A speaks for itself.

DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED
COMPLAINT AND AMENDED RELATED COUNTERCLAIMS;
DEMAND FOR JURY TRIAL
3928254_1.DOC

2

CV09-07691 GW (JCx)

1  Zazzle lacks sufficient information or knowledge to either admit or deny the

2  remaining allegations of this paragraph, and therefore denies them on that basis.

3       13.    In response to paragraph 13, Zazzle lacks sufficient information or

4  knowledge to either admit or deny the allegations of this paragraph, and therefore

5  denies them on that basis.

6       14.    In response to paragraph 14, Zazzle lacks sufficient information or

7  knowledge to either admit or deny the allegations of this paragraph, and therefore

8  denies them on that basis.

9       15.    In response to paragraph 15 including subparagraphs 15.a through 15.k,

10  Zazzle lacks sufficient information or knowledge to either admit or deny the

11  allegations of this paragraph and its subparagraphs, and therefore denies them on

12  that basis.

13       16.    In response to paragraph 16, Zazzle lacks sufficient information or

14  knowledge to either admit or deny the allegations of this paragraph, and therefore

15  denies them on that basis.

16       17.    In response to paragraph 17, Zazzle lacks sufficient information or

17  knowledge to either admit or deny the allegations of this paragraph, and therefore

18  denies them on that basis.

19       18.    In response to paragraph 18, Zazzle lacks sufficient information or

20  knowledge to either admit or deny the allegations of this paragraph, and therefore

21  denies them on that basis.

22       19.    In response to paragraph 19, Zazzle lacks sufficient information or

23  knowledge to either admit or deny the allegations of this paragraph, and therefore

24  denies them on that basis.

25       a. In response to paragraph 19.a, Zazzle admits that Exhibit B to the FAC

26  purports to be a copy of a copyright registration.  Exhibit B speaks for itself.  Zazzle

27

28  DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED    3    CV09-07691 GW (JCx)
COMPLAINT AND AMENDED RELATED COUNTERCLAIMS;
DEMAND FOR JURY TRIAL
3928254_1.DOC

1   lacks sufficient information or knowledge to either admit or deny the remaining

2   allegations of this paragraph, and therefore denies them on that basis.

3           b.  In response to paragraph 19.b, Zazzle admits that Exhibit C to the FAC

4   purports to be a copy of a copyright registration.  Exhibit C speaks for itself.  Zazzle

5   lacks sufficient information or knowledge to either admit or deny the remaining

6   allegations of this paragraph, and therefore denies them on that basis.

7           c.  In response to paragraph 19.c, Zazzle admits that Exhibit D to the FAC

8   purports to be a copy of a copyright registration.  Exhibit D speaks for itself.  Zazzle

9   lacks sufficient information or knowledge to either admit or deny the remaining

10  allegations of this paragraph, and therefore denies them on that basis.

11          d.  In response to paragraph 19.d, Zazzle admits that Exhibit E to the FAC

12  purports to be a copy of a copyright registration.  Exhibit E speaks for itself.  Zazzle

13  lacks sufficient information or knowledge to either admit or deny the remaining

14  allegations of this paragraph, and therefore denies them on that basis.

15          e.  In response to paragraph 19.e, Zazzle admits that Exhibit F to the FAC

16  purports to be a copy of a copyright registration.  Exhibit F speaks for itself.  Zazzle

17  lacks sufficient information or knowledge to either admit or deny the remaining

18  allegations of this paragraph, and therefore denies them on that basis.

19          f.  In response to paragraph 19.f, Zazzle admits that Exhibit G to the FAC

20  purports to be a copy of a copyright registration.  Exhibit G speaks for itself.  Zazzle

21  lacks sufficient information or knowledge to either admit or deny the remaining

22  allegations of this paragraph, and therefore denies them on that basis.

23          g.  In response to paragraph 19.g, Zazzle admits that Exhibit H to the FAC

24  purports to be a copy of a copyright registration.  Exhibit H speaks for itself.  Zazzle

25  lacks sufficient information or knowledge to either admit or deny the remaining

26  allegations of this paragraph, and therefore denies them on that basis.

27

28

1        h.  In response to paragraph 19.h, Zazzle admits that Exhibit I to the FAC

2    purports to be a copy of a copyright registration.  Exhibit I speaks for itself.  Zazzle

3    lacks sufficient information or knowledge to either admit or deny the remaining

4    allegations of this paragraph, and therefore denies them on that basis.

5        i.  In response to paragraph 19.i, Zazzle admits that Exhibit J to the FAC

6    purports to be a copy of a copyright registration.  Exhibit J speaks for itself.  Zazzle

7    lacks sufficient information or knowledge to either admit or deny the remaining

8    allegations of this paragraph, and therefore denies them on that basis.

9        j.  In response to paragraph 19.j, Zazzle admits that Exhibit K to the FAC

10   purports to be a copy of a copyright registration.  Exhibit K speaks for itself.  Zazzle

11   lacks sufficient information or knowledge to either admit or deny the remaining

12   allegations of this paragraph, and therefore denies them on that basis.

13       k.  In response to paragraph 19.k, Zazzle admits that Exhibit L to the FAC

14   purports to be a copy of a copyright registration.  Exhibit L speaks for itself.  Zazzle

15   lacks sufficient information or knowledge to either admit or deny the remaining

16   allegations of this paragraph, and therefore denies them on that basis.

17       l.  In response to paragraph 19.l, Zazzle admits that Exhibit M to the FAC

18   purports to be a copy of a copyright registration.  Exhibit M speaks for itself.  Zazzle

19   lacks sufficient information or knowledge to either admit or deny the remaining

20   allegations of this paragraph, and therefore denies them on that basis.

21       m. In response to paragraph 19.m, Zazzle admits that Exhibit N to the

22   FAC purports to be a copy of a copyright registration.  Exhibit N speaks for itself.

23   Zazzle lacks sufficient information or knowledge to either admit or deny the

24   remaining allegations of this paragraph, and therefore denies them on that basis.

25       n.  In response to paragraph 19.n, Zazzle admits that Exhibit O to the FAC

26   purports to be a copy of a copyright registration.  Exhibit O speaks for itself.  Zazzle

27

28   DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED          5          CV09-07691 GW (JCx)
     COMPLAINT AND AMENDED RELATED COUNTERCLAIMS;
     DEMAND FOR JURY TRIAL
     3928254_1.DOC

1  lacks sufficient information or knowledge to either admit or deny the remaining

2  allegations of this paragraph, and therefore denies them on that basis.

3        o.  In response to paragraph 19.o, Zazzle admits that Exhibit P to the FAC

4  purports to be a copy of a copyright registration.  Exhibit P speaks for itself.  Zazzle

5  lacks sufficient information or knowledge to either admit or deny the remaining

6  allegations of this paragraph, and therefore denies them on that basis.

7        p.  In response to paragraph 19.p, Zazzle admits that Exhibit Q to the FAC

8  purports to be a copy of a copyright registration.  Exhibit Q speaks for itself.  Zazzle

9  lacks sufficient information or knowledge to either admit or deny the remaining

10  allegations of this paragraph, and therefore denies them on that basis.

11        q.  In response to paragraph 19.q, Zazzle admits that Exhibit R to the FAC

12  purports to be a copy of a copyright registration.  Exhibit R speaks for itself.  Zazzle

13  lacks sufficient information or knowledge to either admit or deny the remaining

14  allegations of this paragraph, and therefore denies them on that basis.

15        r.  In response to paragraph 19.r, Zazzle admits that Exhibit S to the FAC

16  purports to be a copy of a copyright registration.  Exhibit S speaks for itself.  Zazzle

17  lacks sufficient information or knowledge to either admit or deny the remaining

18  allegations of this paragraph, and therefore denies them on that basis.

19        s.  In response to paragraph 19.s, Zazzle admits that Exhibit T to the FAC

20  purports to be a copy of a copyright registration.  Exhibit T speaks for itself.  Zazzle

21  lacks sufficient information or knowledge to either admit or deny the remaining

22  allegations of this paragraph, and therefore denies them on that basis.

23        t.  In response to paragraph 19.t, Zazzle admits that Exhibit U to the FAC

24  purports to be a copy of a copyright registration.  Exhibit U speaks for itself.  Zazzle

25  lacks sufficient information or knowledge to either admit or deny the remaining

26  allegations of this paragraph, and therefore denies them on that basis.

27

28  DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED     6     CV09-07691 GW (JCx)
COMPLAINT AND AMENDED RELATED COUNTERCLAIMS;
DEMAND FOR JURY TRIAL
3928254_1.DOC

1      u.  In response to paragraph 19.u, Zazzle admits that Exhibit V to the FAC

2  purports to be a copy of a copyright registration.  Exhibit V speaks for itself.  Zazzle

3  lacks sufficient information or knowledge to either admit or deny the remaining

4  allegations of this paragraph, and therefore denies them on that basis.

5      v.  In response to paragraph 19.v, Zazzle admits that Exhibit W to the FAC

6  purports to be a copy of a copyright registration.  Exhibit W speaks for itself.

7  Zazzle lacks sufficient information or knowledge to either admit or deny the

8  remaining allegations of this paragraph, and therefore denies them on that basis.

9      20.  In response to paragraph 20, Zazzle lacks sufficient information or

10  knowledge to either admit or deny the allegations of this paragraph, and therefore

11  denies them on that basis.

12      21.  In response to paragraph 21, Zazzle lacks sufficient information or

13  knowledge to either admit or deny the allegations of this paragraph, and therefore

14  denies them on that basis.

15  **Allegations Regarding "Defendant Zazzle and Its Infringing Conduct"**

16      22.  In response to paragraph 22, Zazzle admits that it operates a website at

17  www.zazzle.com that is an on-demand retail platform.  Users can buy, sell and

18  create products.  Zazzle admits that users can upload their own content to be printed

19  on various materials and can sell these products to other consumers.  In some

20  instances, Zazzle prints images of a user's choosing that such users upload to Zazzle

21  on merchandise, ships the products, and may display images of exemplar products

22  on zazzle.com.  In some instances, Zazzle reviews potential products before

23  manufacture and will not print images on merchandise Zazzle believes infringe the

24  intellectual property rights of others.  Except to the extent specifically admitted,

25  Zazzle denies the allegations of paragraph 22.

26      23.  In response to paragraph 23, Zazzle lacks sufficient information or

27  knowledge to either admit or deny the allegations that Summit licenses the

28  DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED        7        **CV09-07691 GW (JCx)**
COMPLAINT AND AMENDED RELATED COUNTERCLAIMS;
DEMAND FOR JURY TRIAL
3928254_1.DOC

1   TWILIGHT Marks and uses other intellectual property from the *Twilight* Series to

2   numerous licensees, including for the sale of merchandise, and therefore denies

3   them on that basis.  Zazzle denies the remaining allegations of paragraph 19.

4        24.   Zazzle denies the allegations of paragraph 24.

5        25.   Zazzle denies the allegations of paragraph 25.

6        26.   Zazzle denies the allegations of paragraph 26.

7            a.   In response to paragraph 26.a, Zazzle admits that the image

8   pictured in Figure 4 of paragraph 26.a was uploaded by a user or users to zazzle.com

9   and that the image appeared in Zazzle's marketplace, but denies that the image

10  appears in Zazzle's marketplace currently or as of the date of Zazzle's answer to the

11  original Complaint.  Except as specifically admitted, Zazzle denies the allegations of

12  paragraph 26.a.

13           b.   In response to paragraph 26.b, Zazzle admits that the image

14  pictured in Figure 5 of paragraph 26.b was uploaded by a user or users to

15  zazzle.com and that the image appeared in Zazzle's marketplace, but denies that the

16  image appears in Zazzle's marketplace currently or as of the date of Zazzle's answer

17  to the original Complaint.  Except as specifically admitted, Zazzle denies the

18  allegations of paragraph 26.b.

19           c.   In response to paragraph 26.c, Zazzle admits that the images

20  pictured in Figures 6 and 7 of paragraph 26.c were uploaded by a user or users to

21  zazzle.com and that the images appeared in Zazzle's marketplace, but denies that the

22  images appear in Zazzle's marketplace currently or as of the date of Zazzle's answer

23  to the original Complaint.  Except as specifically admitted, Zazzle denies the

24  allegations of paragraph 26.c.

25           d.   In response to paragraph 26.d, Zazzle admits that the images

26  pictured in Figures 8, 9 and 10 of paragraph 26.d were uploaded by a user or users

27  to zazzle.com and that the images appeared in Zazzle's marketplace, but denies that

28

1  the images appear in Zazzle's marketplace currently or as of the date of Zazzle's

2  answer to the original Complaint.  Except as specifically admitted, Zazzle denies the

3  allegations of paragraph 26.d.

4          e.      In response to paragraph 26.e, Zazzle admits that the image

5  pictured in Figure 11 of paragraph 26.e was uploaded by a user or users to

6  zazzle.com and that the image appeared in Zazzle's marketplace, but denies that the

7  image appears in Zazzle's marketplace currently or as of the date of Zazzle's answer

8  to the original Complaint.  Except as specifically admitted, Zazzle denies the

9  allegations of paragraph 26.e.

10         27.    Zazzle denies the allegations of paragraph 27.

11         28.    In response to paragraph 28, Zazzle admits that users can tag products

12  with words of the users' choosing and that such tags may be used by users in the

13  search function on zazzle.com.  Except as specifically admitted, Zazzle denies the

14  allegations of paragraph 28.

15         29.    In response to paragraph 29, Zazzle denies that is has used Summit's

16  intellectual property rights in the *Twilight* Series to advertise and market zazzle.com

17  and denies that it has placed ads on unofficial *Twilight* Series fan websites.  In

18  response to any remaining allegations in paragraph 29, Zazzle lacks sufficient

19  information or knowledge to either admit or deny such allegations, and therefore

20  denies them on that basis.

21  **Allegations Regarding "Notice to Zazzle of Its Infringing Conduct"**

22         30.    In response to paragraph 30, Zazzle admits that it received a letter dated

23  November 10, 2008 from Summit Entertainment and that Exhibit X to the FAC is a

24  copy of that letter.  Exhibit X speaks for itself.  Except as specifically admitted,

25  Zazzle denies the allegations of paragraph 30.

26         31.    In response to paragraph 31, Zazzle admits that it received a letter dated

27  August 13, 2009 from Summit Entertainment and that Exhibit Y to the FAC is a

28  DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED        9            CV09-07691 GW (JCx)
COMPLAINT AND AMENDED RELATED COUNTERCLAIMS;
DEMAND FOR JURY TRIAL
3928254_1.DOC

1  copy of that letter.  Exhibit Y speaks for itself.  Except as specifically admitted,

2  Zazzle denies the allegations of paragraph 31.

3       32.    Zazzle denies the allegations of paragraph 32.

4  **ANSWER TO FIRST CAUSE OF ACTION**

5  **(False Designation of Origin – 15 U.S.C. § 1125(a))**

6       33.    In response to paragraph 33, Zazzle incorporates its responses to

7  paragraphs 1-32 above.

8       34.    Zazzle denies the allegations of paragraph 34.

9       35.    Zazzle denies the allegations of paragraph 35.

10       36.    Zazzle denies the allegations of paragraph 36.

11       37.    Zazzle denies the allegations of paragraph 37.

12       38.    Zazzle denies the allegations of paragraph 38.

13       39.    Zazzle denies the allegations of paragraph 39.

14       40.    Zazzle denies the allegations of paragraph 40.

15  **ANSWER TO SECOND CAUSE OF ACTION**

16  **(Trademark Infringement)**

17       41.    In response to paragraph 41, Zazzle incorporates its responses to

18  paragraphs 1-40 above.

19       42.    In response to paragraph 42, Zazzle lacks sufficient information or

20  knowledge to either admit or deny the allegations regarding Summit's use of the

21  alleged TWILIGHT Marks and therefore denies them on that basis.  Zazzle denies

22  the remaining allegations of paragraph 42.

23       43.    Zazzle denies the allegations of paragraph 43.

24       44.    Zazzle denies the allegations of paragraph 44.

25       45.    Zazzle denies the allegations of paragraph 45.

26       46.    Zazzle denies the allegations of paragraph 46.

27       47.    Zazzle denies the allegations of paragraph 47.

28

1    48.    Zazzle denies the allegations of paragraph 48.

2    **ANSWER TO THIRD CAUSE OF ACTION**

3    **(Dilution—15 U.S.C. § 1125©; Cal. Bus. & Prof. Code § 14330)**

4    49.    In response to paragraph 49, Zazzle incorporates its responses to

5    paragraphs 1-48 above.

6    50.    In response to paragraph 50, Zazzle lacks sufficient information or

7    knowledge to either admit or deny the allegations regarding Summit's use of the

8    alleged TWILIGHT Marks and therefore denies them on that basis.  Zazzle denies

9    the remaining allegations of paragraph 50.

10    51.    Zazzle denies the allegations of paragraph 51.

11    52.    Zazzle denies the allegations of paragraph 52.

12    53.    Zazzle denies the allegations of paragraph 53.

13    54.    Zazzle denies the allegations of paragraph 54.

14    55.    Zazzle denies the allegations of paragraph 55.

15    56.    Zazzle denies the allegations of paragraph 56.

16    **ANSWER TO FOURTH CAUSE OF ACTION**

17    **(Copyright Infringement)**

18    57.    In response to paragraph 57, Zazzle incorporates its responses to

19    paragraphs 1-56 above.

20    58.    Zazzle denies the allegations of paragraph 58.

21    59.    Zazzle denies the allegations of paragraph 59.

22    60.    In response to paragraph 60, Zazzle admits that it is aware that the

23    *Twilight* motion picture was theatrically released in the United States.  Except as

24    specifically admitted, Zazzle denies the allegations of paragraph 60.

25    61.    Zazzle denies the allegations of paragraph 61.

26    62.    Zazzle denies the allegations of paragraph 62.

27    63.    Zazzle denies the allegations of paragraph 63.

28

1    64.    Zazzle denies the allegations of paragraph 64.

2    65.    Zazzle denies the allegations of paragraph 65.

3              **ANSWER TO FIFTH COUSE OF ACTION**

4        **(Statutory and Common Law Unfair Competition)**

5    66.    In response to paragraph 66, Zazzle incorporates its responses to

6 paragraphs 1-65 above.

7    67.    Zazzle denies the allegations of paragraph 67.

8    68.    Zazzle denies the allegations of paragraph 68.

9                    **<u>AFFIRMATIVE DEFENSES</u>**

10       ZAZZLE sets forth the following affirmative and other defenses.  ZAZZLE

11 does not intend hereby to assume the burden of proof with respect to those matters

12 as to which, pursuant to law, Plaintiff bears the burden.

13              **First Affirmative Defense**

14              (Failure to State a Claim)

15       Each and every cause of action in the FAC fails to state facts sufficient to

16 state a claim for relief.

17              **Second Affirmative Defense**

18              (No Likelihood of Confusion)

19       Plaintiff's claims are barred in whole or in part because there is no likelihood

20 of confusion with regard to the alleged trademarks.

21              **Third Affirmative Defense**

22                  (Estoppel)

23       Each and every cause of action in the FAC is barred by the doctrine of

24 estoppel.

25

26

27

28   <small>DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED</small>        12                        <small>**CV09-07691 GW (JCx)**</small>
     <small>COMPLAINT AND AMENDED RELATED COUNTERCLAIMS;</small>
     <small>DEMAND FOR JURY TRIAL</small>
     <small>3928254_1.DOC</small>

**Fourth Affirmative Defense**

(Acquiescence)

Each and every cause of action in the FAC is barred by the doctrine of acquiescence.

**Fifth Affirmative Defense**

(Laches)

Each and every cause of action in the FAC is barred by the doctrine of laches.

**Sixth Affirmative Defense**

(Unclean Hands)

Each and every cause of action in the FAC is barred by the doctrine of unclean hands.

**Seventh Affirmative Defense**

(Waiver)

Each and every cause of action in the FAC is barred by the doctrine of waiver.

**Eighth Affirmative Defense**

(Consent)

Each and every cause of action in the FAC is barred by the doctrine of consent.

**Ninth Affirmative Defense**

(Implied License)

Each and every cause of action in the FAC is barred by the doctrine of implied license.

**Tenth Affirmative Defense**

(Misuse of Copyright)

Each and every cause of action in the FAC is barred by the doctrine of copyright misuse.

DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED COMPLAINT AND AMENDED RELATED COUNTERCLAIMS; DEMAND FOR JURY TRIAL
3928254_1.DOC

13

CV09-07691 GW (JCx)

**Eleventh Affirmative Defense**

(Digital Millennium Copyright Act Safe Harbors)

Plaintiff's claims are barred in whole or in part because Zazzle is protected by one or more of the DMCA Safe Harbors in 17 U.S.C. § 512.

**Twelfth Affirmative Defense**

(Fair Use)

Plaintiff's claims are barred in whole or in part because the activities of Zazzle that Plaintiff alleges to be infringing constitute "fair use" under the copyright and trademark laws.

**Thirteenth Affirmative Defense**

(Parody)

Plaintiff's claims are barred in whole or in part because the activities of Zazzle that Plaintiff alleges to be infringing constitute "parody."

**Fourteenth Affirmative Defense**

(Others at Fault)

Without admitting that Plaintiff has been injured or damaged in any manner or amount whatsoever, the alleged damages, if any, were caused by events that occurred outside the control of Zazzle, and/or were caused by the independent acts of others.

**Fifteenth Affirmative Defense**

(Failure to Mitigate Damages & Protect Copyrights and/or Trademarks)

Plaintiff's demand must be reduced or offset to the extent Plaintiff has failed to mitigate or avoid the purported harm or damages by failing to take reasonable steps to protect its copyrights and/or trademarks.

## AMENDED COUNTERCLAIMS

Zazzle.com, Inc. ("Counterclaimant" or "Zazzle") avers for its counterclaims against Summit Entertainment, LLC ("Counterdefendant" or "Summit") herein on

DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED COMPLAINT AND AMENDED RELATED COUNTERCLAIMS; DEMAND FOR JURY TRIAL
3928254_1.DOC

14

CV09-07691 GW (JCx)

1   personal knowledge as to its own activities and on information and belief as to the

2   activities of others as follows:

3          1.      Zazzle is an online service provider that operates zazzle.com.

4   Zazzle.com is an on-demand retail platform for consumers and major brands,

5   offering billions of retail quality, one-of-a-kind products.  Users of zazzle.com can

6   create their own unique products and, in certain instances, users can offer their

7   products for sale to others.

8          2.      In letters dated November 10, 2008 and August 13, 2009, Summit

9   accused Zazzle of infringing Summit's copyrights and trademarks related to the

10  motion picture *Twilight* by virtue of user-generated content available on zazzle.com.

11         3.      Zazzle takes any accusations of intellectual property infringement very

12  seriously.  Zazzle's business practice is to promptly remove user-generated content

13  from its websites when given notice by rights holders, consistent with the Digital

14  Millennium Copyright Act.  In fact, Zazzle strives to go above and beyond what is

15  required by the letter of the law and will continue to do whatever is reasonably

16  requested in order to assist intellectual property rights holders and licensing entities

17  in their efforts to prevent third parties from making unauthorized use of content.

18         4.      Zazzle's system is designed to make it easy for IP owners and others,

19  including licensing entities, to raise potential concerns.  For example, every product

20  page has a direct link for IP owners (or anyone else) to report intellectual property

21  violations.

22         5.      Consistent with its IP-protective practices, Zazzle responded to

23  Summit's accusations by taking down the user-generated material to which Zazzle

24  understood Summit claimed rights.  Zazzle also corresponded with Summit to

25  ensure that it had identified the materials that Summit found objectionable on

26  zazzle.com, since Summit personnel had requested that certain materials removed

27

28  DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED          15          CV09-07691 GW (JCx)
    COMPLAINT AND AMENDED RELATED COUNTERCLAIMS;
    DEMAND FOR JURY TRIAL
    3928254_1.DOC

by Zazzle be restored to zazzle.com. Zazzle's effort went well above and beyond that which would be required under the law.

6. Despite Zazzle's efforts, Summit filed suit against Zazzle on October 22, 2009, for *inter alia,* alleged copyright and trademark infringement.

7. There is a real and actual controversy between Zazzle and Summit regarding whether Zazzle has infringed any of Summit's copyrights or trademarks related to the motion picture *Twilight*.

8. Zazzle thus seeks a declaration that: (1) Zazzle is not liable for infringing Summit's copyrights; and (2) Zazzle is not liable for infringing Summit's trademarks.

## JURISDICTION AND VENUE

9. The counterclaims arise under federal law, in particular the Copyright Act, 17 U.S.C. §§ 101 *et seq.*, the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq*. This Court has jurisdiction under 17 U.S.C. § 501 and 28 U.S.C. §§ 1331, 1338 and 2201. The Court has personal jurisdiction over the Counterdefendant because, *inter alia*, it has availed itself of the jurisdiction of this Court by filing a lawsuit against Zazzle in this Court.

10. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c).

## THE PARTIES

11. Counterclaimant Zazzle is a California corporation with its principal place of business in Redwood City, California.

12. Counterdefendant Summit is a Delaware limited liability company with its principal place of business in Santa Monica, California.

DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED COMPLAINT AND AMENDED RELATED COUNTERCLAIMS; DEMAND FOR JURY TRIAL 3928254_1.DOC

16

CV09-07691 GW (JCx)

1                    **FIRST CAUSE OF ACTION**

2           **(DECLARATION OF COPYRIGHT NONINFRINGEMENT)**

3           13.    Zazzle re-alleges and incorporates by reference each and every

4    allegation contained in paragraphs 1-12 as though fully set forth here.

5           14.    On or about October 22, 2009, Counterdefendant filed a lawsuit against

6    Zazzle alleging that Zazzle infringed Counterdefendant's copyrighted works.  On or

7    about April 2, 2010, Counterdefendant filed a First Amended Complaint also

8    alleging that Zazzle infringed Counterdefendant's copyrighted works.

9           15.    Zazzle denies that it has infringed the copyrighted works asserted by

10   Counterdefendant.

11          16.    An actual and justiciable controversy exists between Zazzle and

12   Counterdefendant regarding the noninfringement of the copyrighted works asserted

13   by Counterdefendant.

14          17.    Pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.*,

15   Zazzle requests a declaration from the Court that it has not infringed the copyrights

16   asserted by the Counterdefendant.

17                   **SECOND CAUSE OF ACTION**

18           **(DECLARATION OF TRADEMARK NONINFRINGEMENT)**

19          18.    Zazzle re-alleges and incorporates by reference each and every

20   allegation contained in paragraphs 1-17 as though fully set forth here.

21          19.    On or about October 22, 2009, Counterdefendant filed a lawsuit against

22   Zazzle alleging that Zazzle infringed Counterdefendant's trademarks.  On or about

23   April 2, 2010, Counterdefendant filed a First Amended Complaint also alleging that

24   Zazzle infringed Counterdefendant's trademarks.

25          20.    Zazzle denies that it has infringed the trademarks asserted by

26   Counterdefendant.

27

28   DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED          17          **CV09-07691 GW (JCx)**
     COMPLAINT AND AMENDED RELATED COUNTERCLAIMS;
     DEMAND FOR JURY TRIAL
     3928254_1.DOC

1    21.    An actual and justiciable controversy exists between Zazzle and

2 Counterdefendant regarding the noninfringement of the trademarks asserted by

3 Counterdefendant.

4    22.    Pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.*,

5 Zazzle requests a declaration from the Court that it has not infringed the trademarks

6 asserted by the Counterdefendant.

7                        **RELIEF REQUESTED**

8    (a)    A judgment in favor of Zazzle denying Plaintiff all relief requested in

9 its FAC in this action and dismissing Plaintiff's FAC with prejudice;

10    (b)    A declaration that Zazzle has not infringed the copyrighted works

11 asserted by Counterdefendants;

12    (c)    A declaration that Zazzle has not infringed the trademarks asserted by

13 Counterdefendants;

14    (d)    That Zazzle be awarded its costs of suit, including reasonable

15 attorneys' fees, and;

16    (e)    That the Court award Zazzle such other and further relief as the Court

17 deems just and proper.

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED          18          **CV09-07691 GW (JCx)**
COMPLAINT AND AMENDED RELATED COUNTERCLAIMS;
DEMAND FOR JURY TRIAL
3928254_1.DOC

## **DEMAND FOR JURY TRIAL**

In accordance with Fed.R.Civ.P. 38(b), Zazzle demands a trial by jury on all issues so triable.

Dated:  April 19, 2010                    WILSON SONSINI GOODRICH & ROSATI


By: _____
    Natalie J. Morgan
    Attorneys for Defendant and
    Counterclaimant ZAZZLE.COM, INC.

DEFENDANT ZAZZLE.COM'S ANSWER TO FIRST AMENDED
COMPLAINT AND AMENDED RELATED COUNTERCLAIMS;
DEMAND FOR JURY TRIAL
3928254_1.DOC

19                                CV09-07691 GW (JCx)