**MADE JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZAZZLE.COM, INC., a California corporation,<br><br>Defendant. | Case No. 09-cv-07691 (GW) (JCx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>**Judge: Hon. George H. Wu**<br><br>**Complaint Filed: October 22, 2009** |
| AND RELATED COUNTERCLAIMS. | |

The Court, having considered the September 7, 2010 Stipulation for Dismissal With Prejudice Upon Settlement and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), HEREBY ORDERS as follows:

1. Subject to the terms and conditions of the Settlement Agreement, all of Plaintiff and Counter-Defendant Summit Entertainment, LLC's claims in this action and all of Defendant and Counterclaimant Zazzle.com, Inc.'s counterclaims in this action are hereby DISMISSED with prejudice.

2. The Court hereby retains and reserves jurisdiction to enforce the terms of the Settlement Agreement.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3. In the event of an uncured breach of the Settlement Agreement in any respect, the parties shall have the right to apply to this Court to reopen this case, and the Court shall award appropriate relief pertaining to any breach of the Settlement Agreement, including but not limited to, injunctive relief and an award of damages, attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 15, 2010

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

Jill M. Pietrini, Esq.
(State Bar No. 138335)
jpietrini@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Kimo S. Peluso (Pro Hac Vice)
kpeluso@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

Attorneys for Plaintiff and Counter-Defendant
SUMMIT ENTERTAINMENT, LLC